### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BYRON SCOTT BENNETT, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-25-608-SLP |
| STEVEN HARPE, et al., | ) ) ) |
| Respondents. | ) |

**O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris Stephens [Doc. No. 5]. The Magistrate Judge recommends that the Court transfer this action to the United States District Court for the Northern District of Oklahoma. *See* R&R [Doc. No. 5] at 2-4. The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before June 30, 2025. *Id.* at 4. No objection has been filed, nor has an extension of time in which to object been sought or granted.

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 12] is ADOPTED and the Clerk of Court is directed to transfer this matter to the United States District Court for the Northern District of Oklahoma for all further proceedings.

IT IS SO ORDERED this 9th day of July, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE